UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILTON ARIAIL, Individually and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 06-CV-10234 (HB) ) |
| XETHANOL CORPORATION, LAWRENCE S. BELLONE, CHRISTOPHER D'ARNAUD-TAYLOR, and JEFFERY S. LANGBERG, | ) ) ) ) ) |
| Defendants. | ) ) ) ) ) ) ) |

[Captions continued on next page]

**THE XETHANOL INVESTOR GROUP'S RESPONSE TO COMPETING
MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND
SELECTION OF COUNSEL**

| | |
|---|---|
| JOSEPH SPOTO, Individually and on Behalf of All others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XETHANOL CORPORATION, LAWRENCE S. BELLONE, CHRISTOPHER D'ARNAUD-TAYLOR, and JEFFERY S. LANGBERG,<br><br>Defendants. | ) Civil Action No. 06-CV-11476 (HB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ROBERT HAMILTON, Individually and on Behalf of All others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XETHANOL CORPORATION, CHRISTOPHER D'ARNAUD-TAYLOR and LAWRENCE S. BELLONE,<br><br>Defendants. | ) Civil Action No. 06-CV-11477 (HB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| CHERYL DIFRUSCIO, On Behalf Of Herself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER D'ARNAUD-TAYLOR, LAWRENCE S. BELLONE, JEFFERY S. LANGBERG, and XETHANOL CORPORATION,<br><br>Defendants. | ) Civil Action No. 06-CV-11516 (HB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| CHAD JONES, On Behalf Of Herself And All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>XETHANOL CORPORATION, LAWRENCE S. BELLONE, CHRISTOPHER D'ARNAUD-TAYLOR, and JEFFERY S. LANGBERG,<br><br>                    Defendants. | ) Civil Action No. 06-CV-13128 (HB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ROBERT LINDBERG, On Behalf Of Herself And All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>CHRISTOPHER D'ARNAUD-TAYLOR, LAWRENCE S. BELLONE, JEFFERY S. LANGBERG, and XETHANOL CORPORATION,<br><br>                    Defendants. | ) Civil Action No. 06-CV-14448 (HB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| DAVID LEMOINE, On Behalf Of Herself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XETHANOL CORPORATION, LAWRENCE S. BELLONE, CHRISTOPHER D'ARNAUD-TAYLOR, and JEFFERY S. LANGBERG,<br><br>Defendants. | ) Civil Action No. 06-CV-15176<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Based upon review of the papers submitted in support of the motion for appointment as lead plaintiff submitted by Ronald Counsell, Martin L. Schehin, Tony Leamons, Ernest Shepherd and John Zipay, Jr. (the "Counsell Group") and Anthony Urana, Blaise Aguirre and Vicky Lochtefeld (the "Xethanol Investor Group"), it appears that the Counsell Group and the Xethanol Investor Group each possess a larger financial interest in the litigation than proposed Lead Plaintiffs Michael M. Chabot, Richard H. & Kathleen B. Burst, Chad Jones and Joseph M. Crisante (the "Xethanol Investors Group"). The Xethanol Investors Group remains ready and willing to serve as lead plaintiff and respectfully requests that the Court grant the Xethanol Investors Group's motion to be appointed lead plaintiff, and approve its selection of Schatz Nobel Izard, P.C., Murray Frank & Sailer LLP and Glancy Binkow & Goldberg LLP as Co-Lead Counsel in the

event that the Court denies the motions of the Counsell Group and the Xethanol Investor Group.

Dated: January 16, 2007  Respectfully submitted,

**MURRAY, FRANK & SAILER LLP**

_____/s/_____
Bradley P. Dyer, Esq. (BD-9620)
275 Madison Avenue, 8th Floor
New York, NY 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892

Andrew M. Schatz
Jeffrey S. Nobel
Nancy A. Kulesa
**SCHATZ NOBEL IZARD, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut  06103
Telephone:  (860) 493-6292

Michael Goldberg
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 210-9150
Facsimile: (310) 201-9160

2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing THE XETHANOL INVESTOR GROUP'S RESPONSE TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND SELECTION OF LEAD COUNSEL was served by electronic filing to registered users in this action, or by regular United States mail, postage prepaid, this 16th day of January, 2007, to the following:

**Plaintiffs' Counsel**

Kim Elaine Miller
Lewis Stephen Kahn
Michael Andrew Swick
KAHN GAUTHIER SWICK LLC
114 East 39th Street
New York, NY 10016
Telephone: (917) 439-5952
Fax: (504) 455-1400

Evan J Smith
BRODSKY & SMITH, L.L.C.
240 Mineola Blvd.
Mineola, NY 11501
Telephone: 516-741-4977

Garrett D. Blanchfield, Jr.
Reinhardt, Wendorf & Blanchfield
E-1250 East First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

Michael D. Braun
Braun Law Group, P.C.
12400 Wilshire Blvd.
Suite 920
Los Angeles, CA 90025

David R. Scott
Scott & Scott, LLC
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537

SCHIFFRIN & BARROWAY, LLP
Katharine M. Ryan
Sean M. Handler
Karen E. Reilly
Mark K. Gyandoh
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7056
Facsimile: (610) 667-7706

Amanda Claire Scuder
Ralph M. Stone
SHALOV STONE & BONNER LLP
485 Seventh Avenue
Suite 1000
New York, NY 10018
Telephone: (212) 239-4340
Fax: (212) 239-4310

Joseph Gentile
Ronen Sarraf
SARRAF GENTILE LLP
485 Seventh Avenue
Suite 1005
New York, NY 10018
Telephone: (212) 868-3610
Fax: (212) 918-7967


Andrew M. Schatz
Jeffrey S. Nobel
Nancy A. Kulesa
SCHATZ NOBEL IZARD, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut  06103
Telephone:  (860) 493-6292

Michael Goldberg
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 210-9150
Facsimile: (310) 201-9160

Jeffrey Michael Norton
Robert I. Harwood
HARWOOD FEFFER LLP
488 Madison Avenue
New York, New York 10022
Telephone: 212.935.7400 (ext. 286)
Fax 212.753.3630

William Bernard Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania
Oklahoma City, OK 73102
Telephone: (405) 235-1560
Fax: (405) 239-2112

**Defense Counsel**

Anthony Paduano
Katherine Blackwood Harrison
PADUANO & WEINTRAUB
1251 Avenue of the Americas, 9th Floor
New York, NY 10020
Telephone: 212-785-9100
Fax: 212-785-9099

_____S/_____
                Thomas J. Kennedy