UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
IN RE XETHANOL CORPORATION        :
SECURITIES LITIGATION              :     06-Civ. 10234 (HB)
------------------------------------------------x

## MOTION TO WITHDRAW AS COUNSEL

Elizabeth S. Finberg respectfully moves the Court for an order permitting her withdrawal as counsel, *pro hac vice*, for Defendant Xethanol Corporation. As of September 12, 2008, Ms. Finberg will no longer be employed with Cohen, Milstein, Hausfeld & Toll, P.L.L.C. ("Cohen Milstein"). Cohen Milstein will continue to be counsel of record for Defendant Xethanol Corporation in this matter.

WHEREFORE, Elizabeth S. Finberg respectfully requests that the Court grant her motion to withdraw.

Dated: September 9, 2008

Respectfully submitted,

/s/ Catherine A. Torell
Catherine A. Torell (CT-0905)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
150 East 52nd Street, 30th Floor
New York, New York 10022
(212) 838-7797

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
Elizabeth S. Finberg
Daniel S. Sommers (DC Bar #416549)
1100 New York Avenue, N.W.
Suite 500 West Tower
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
E-mail: efinberg@cmht.com
***Counsel for Defendant Xethanol Corporation***